UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re:

**CHRISTOPHER GREGG THOMAS,**

Debtor.

Case No. **19-60287-7**

# *O R D E R*

At Butte in said District this 15th day of July, 2019.

In this Chapter 7 bankruptcy, Clifton Bo Cleveland Abbott, Clifton Cleveland Abbott, W. Scott Abbott, and Jill Abbott (collectively "Abbott") filed on July 15, 2019, an Unopposed Motion for Extension of Time to Object to Discharge Pursuant to Fed.R.Bankr.P. 4004(b) and 4007(c) ("Motion"), requesting up to and including November 15, 2019, within which to file a complaint against Debtor under 11 U.S.C. § 523. Upon review of the timely Motion,

IT IS ORDERED the Abbotts' Motion filed July 15, 2019, at ECF No. 43 is granted; and the Abbotts shall have up to and including November 15, 2019, within which to file a complaint against Debtor under 11 U.S.C. § 523.

_____
Honorable Benjamin P. Hursh
U.S. Bankruptcy Judge

1